UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 21 U.S.C. § 841(a)(1) |
| | ) Possession with Intent to |
| CORINTHIA JENAE DANSBY | ) Distribute a Controlled |
| | ) Substance (Fentanyl) |
| | ) |
| | ) 18 U.S.C. § 924(c) |
| | ) Possession of a Firearm in |
| | ) Furtherance of a Drug |
| | ) Trafficking Crime |

FILED
U.S. DISTRICT COURT
2022 JUL 13 P 2:37
CLERK_____
SO. DIST. OF GA.

CR122-0064

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*Possession with Intent to Distribute a Controlled Substance*
*(Fentanyl)*
21 U.S.C. § 841(a)(1)

On or about March 9, 2022, in Columbia County, within the Southern District of Georgia, and elsewhere, the defendant,

**CORINTHIA JENAE DANSBY**

aided and abetted by others known and unknown, did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWO
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about March 9, 2022, in Columbia County, within the Southern District of Georgia, the defendant,

**CORINTHIA JENAE DANSBY,**

did knowingly possess a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, to wit, Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATIONS

The allegations contained in Count One through and including Count Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, upon conviction of the offense alleged in Count One of this Indictment, the defendant, **CORINTHIA JENAE DANSBY,** shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

Upon conviction of the offense alleged in Count Two of this Indictment, the defendant, **CORINTHIA JENAE DANSBY,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) any firearm and ammunition involved in that offense, including, but not limited to, a Glock Model 43, .9mm pistol bearing s/n AFRS202.

*(Signatures on next page)*

A True Bill.

_____
Foreperson

_____
David H. Estes
United States Attorney

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

_____
Jeremiah L. Johnson
Assistant United States Attorney
Lead Counsel