IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                                                      ) | CR122-064 |
| ) | |
| CORINTHIA JENAE DANSBY       ) | |

## ORDER

Presently pending before the Court is the Defendant's Motion to Modify Conditions of Bond (Doc. 40). In the present motion, Defendant requests that she be allowed to travel to Myrtle Beach, South Carolina on March 24, 2023 and returning on March 26, 2023 for a family vacation. After careful consideration, Defendant's motion is GRANTED (Doc. 40).

**IT IS HEREBY ORDERED** that the Defendant be allowed to travel to Myrtle Beach, South Carolina on March 24, 2023 through March 26, 2023.

**IT IS FURTHER ORDERED** that the Defendant notify the United States Probation Office immediately upon her return to the Southern District of Georgia.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of March, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA